IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–00748–MSK–KMT

SHANNON PEACE,

    Plaintiff,

v.

PARASCRIPT MANAGEMENT, INC., a Wyoming Corporation, and
DOES 1 THROUGH 10, inclusive,

    Defendants.

## MINUTE ORDER
**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Unopposed Motion to Amend Caption" (Doc. No. 36, filed Oct. 29, 2013) is GRANTED.   The Clerk of Court is directed to file the corrected version of Plaintiff's Amended Complaint and Jury Demand (Doc. No. 36-1).

Dated:   October 30, 2013