IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–00748–KMT

SHANNON PEACE,

      Plaintiff,

v.

PARASCRIPT MANAGEMENT, INC., a Wyoming Corporation, and
DOES 1 THROUGH 10, inclusive,

      Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed.

R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order (Doc. No. 57) of Magistrate Judge Kathleen M. Tafoya entered on

September 9, 2014 it is

**ORDERED** that Defendants' Motion for Summary Judgment (Doc. No. 52) is

**GRANTED**.  It is further

**ORDERED** that this case is **DISMISSED WITH PREJUDICE.**  Judgment is entered in

favor of Defendants and against Plaintiff.  It is further

**ORDERED** that Pursuant to D.C.COLO.LCivR 54.1, Defendants may thereafter have

their costs by filing a bill of costs within 14 days of the date of the Order (Doc. No. 57).

Dated at Denver, Colorado this 10th day of September, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK


By:  s/      S. Grimm
                Deputy Clerk